IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| RASHEED ABDULLAH MUHAMMAD A/K/A JAMES LEE JOHNSON -vs.- Alcohol Tobacco & Firearm (ATF) FLORENCE DIVISION | VIOLATION OF 2ND Amendment, "The People Rights To Keep And Bear Arms." CASE NO. _____ (To be filled in by The Clerk's Office) JURY TRIAL ☑ YES ☐ NO |

1). The Parties to this Complaint
   A). The Plaintiff(s)
   NAME  Rasheed Abdullah Muhammad.
   I.D.#  HC06022322595 .
CURRENT INSTITUTION  J. Reuben Long Detention Center.
Address 4150 J. Reuben Long Avenue Conway, South
Carolina 29526.

B. The Defendant(s)

NAME ___ UNKNOWN ___
Job or title ___ Federal Agent ___
(if known)
Shield Number ___ UNKNOWN ___
Employer ___ ATF (Alcohol Tobacco & Firearm ___
Address ___ Florence, South Carolina ___

☐ Individual Capacity   ☑ Official Capacity

II. Basis For Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any Rights, privileges, or immunities secured by the Constitution and [Federal Laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue Federal officials for the violation of certain constitutional rights.

A.) Are you bringing suit against:
☑ Federal officials (a Biven claim)
☐ State or local officials (a § 1983 claim)

B.) Section 1983 allows claims alleging the deprivation of any rights, privileges, or immunities secured by the Constitutional and [Federal Laws],

42 U.S.C. §1983 If you are suing under section 1983, what Federal Constitutional or statutory right(s) do you claim is/are being violated by Federal officials? N/A

C.) Plaintiffs suing under Bivens may only recover for the violation of certain constitutional Rights. If you are suing under Bivens, what Constitutional Right(s) do you claim is/are being violated by Federal officials? Second Amendment "The people Right To Keep And Bear Arms shall not be infringed."

D.) Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulations, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. §1983. If you are using under Section 1983, explain how each defendant acting under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. N/A

III. **Prisoner Status.**
- [x] Pre-trial detainer
- [ ] Civilly committed detainer
- [ ] Immigration detainer
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced Federal Prisoner
- [ ] Other (explain) _____

IV. **Statement of Claim.**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.

(A). If the events giving rise to your claim arose outside an institution, describe where and when they arose. At 1702 Hunters Trail Road on Oct. 21, 2023; charged Rasheed Muhammad with an firearm found in an residence owned by someone else. Was not in my possession and later indicted me on 922(g)(1) when the firearm was used for self-defense, violated my Second Amendment.

(B). What date and approximate time did the

events giving rise to your claim(s) occur?
On October 21, 2023 at 10:45 - 11:00 AM

(C). What Are The Facts underlying your claim(s)? (for example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened? I got Arrested For The Firearm And later charged with being An Felon In Possession After I was Federal Indicted April 2022. I haven't commit no crime with The Firearm. Richard And I were both in the resident At the time And we both were charged with the same Firearm That he discharged and I, Muhammad was never in possession of And Swat team cause damage to The Front glass door (shatter it) when nobody was inside And the back door was wide open for enter, they Acknowledge it. Betty Johnson (the owner), Bianca Johnson (neice), Brittany Johnson All saw what happen.

V. RELIEF.

(State briefly what you want The court to do For you. Make no legal Arguments. Do not cite Any Case or Statutes. If requesting money damages, include The Amounts of Any Actual damages And/ or punitive damages claimed For The Acts Alleged. Explain The basis For These claims.)





I like for this Federal Indictment to be dismissed and I'm to be released from the county Jail and an amount of $30,000 to be paid for my sister, Betty Johnson front door that was damaged and the rest for they harassing me, embarassing and wrongfully incarcerated.

## VIII. Certifications and Closing.

Under Federal Rule of Civil Procedure 11, by signing below I certify to the best of my knowledge, information, and behalf that this complaint: (1). is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2). is supposed by existing law or by a nonfrivolous arguments for extending, modifying, or reversing existing law; (3). The factual connections have evidentiary support or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4). The complaint otherwise complies with the requirements of Rule 11.

(A). For Parties Without An Attorney.

I agree to provide the clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the clerk's office may result in the dismissal of my case.

Date of signing: Nov. , 2023

Signature of Plaintiff _Rasheed Abdullah Muhammad_

Printed Name of Plaintiff Rasheed Abdullah Muhammad

Prison identification number HC06022322595

Prison Address 4150 J. Reuben Long Avenue

Conway          South Carolina          29526
City                  State                    Zip Code

UNITED STATES DISTRICT COURT

Rasheed A. Muhammad ) CIVIL ACTION NO.
PLAINTIFF / PETITIONER )    _____
                       )
         -v-           )
                       )
_____ )
DEFENDANT / RESPONDENT )

   I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

   In support of this application, I answer the following questions under penalty of perjury:

   I am being held at J. Reuben Long Detention Center I am deem indigent since June 02, 2023, the date of my incarceration. I have no cash, checking, nor savings account.

   I owned an 2000 Buick Park Avenue value at $1000. I have an student loan debt over $30,000. Child support arreage over $20,000.



DECLARATION: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

DATE: 11/15/2023

Rasheed Abdullah Muhammad
Applicant's Signature

Rasheed Abdullah Muhammad
Printed Name